ACCEPTED
06-15-00080-cv
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/22/2015 11:08:29 AM
DEBBIE AUTREY
CLERK

**Robert Stuart Koelsch**
**ATTORNEY AT LAW**
**PO BOX 4790**
**LAGO VISTA, TEXAS  78645-0008**
**rkoelsch2013@yahoo.com**

RECEIVED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/22/2015 11:08:29 AM
DEBBIE AUTREY
Clerk

**PHONE (713) 882-7259**                                                                        **FAX (877) 216-5373**

**December 22, 2015**

**Kim Robinson**                                                          **(903) 798-3046 -- Phone**
**Deputy Clerk**
**100 N State Line Ave #20**
**Texarkana, Texas 75501**                                          **(903) 798-3034 -- Fax**

**Re:  John W Bowers; Appellate #06-15-00080-CV, Trial #D-1-GN-12-002006.**

**Dear Sixth Court of Appeals:**

   **As instructed both orally & in writing, I am paying the $205.00 via ProDoc contemporaneously with this letter.  If necessary to reiterate, I represent the undersigned in this action for the prosecution of this civil case.  I am the attorney in charge on their behalf & thus have full control & management of their case, other than the ultimate acceptance, rejection, or counteroffer as to a settlement, if any?  I am further authorized to receive all communications from the Court or counsel relating to the case as well as to negotiate on my client's behalf.  And finally, I am authorized to relay to the Court or counsel as to my client's acceptance, rejection, or counteroffer with respect to any settlement.  Thank you.**

                                                         **Sincerely yours,**

                                                         **Robert Stuart Koelsch**

**My lawyer is authorized to act & I accept all date(s) by Rule or otherwise:**

**Cc: Mark D Cronenwett  & Mark D Hopkins via ProDoc, if possible?  Service will be made directly if not.**

**Who also moves to compel mediation (face to face) per Travis County Local Rule 13.3(a)!**